80 A.3d 376

**Donna HILL, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**